# ALABAMA COURT OF CRIMINAL APPEALS



March 21, 2025

**CR-2023-0983**
Michael Timothy Huff v. State of Alabama (Appeal from Russell Circuit Court: CC-23-305 and CC-23-549)

## <u>NOTICE</u>

You are hereby notified that on March 21, 2025, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk